# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:18CR064 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| JOHN ELLIOTT, | : | |
| Defendant. | : | |

## ORDER CORRECTING SERIAL NUMBER OF FIREARM IDENTIFIED IN PRELIMINARY ORDER OF FORFEITURE OF PROPERTY (DOC. 23)

IT IS HEREBY ORDERED THAT:

1. The Preliminary Order of Forfeiture of Property entered on September 7, 2018, (Doc. 23) is hereby amended to correct the serial number of the firearm ordered forfeited.

2. The correct description of the firearm to be forfeited is:

    Kel-Tec, Model PMR-30 .22 caliber handgun, **SN: W0E16**, with one magazine and twenty-four (24) .22 caliber bullets.

3. All other terms of the Preliminary Order of Forfeiture of Property (Doc. 23) shall remain the same.

4. The Court shall retain jurisdiction to enforce this order; and to amend it as necessary, pursuant to Fed. R. Crim P. 32.2(e).

Dated: 10/16/2018

                                              SO ORDERED:

                                              */Thomas M. Rose
                                              _____
                                              THOMAS M. ROSE
                                              UNITED STATES DISTRICT COURT JUDGE